Stephen M. Doniger (SBN 179314)
stephen@donigerlawfirm.com
Scott Alan Burroughs (SBN 235718)
scott@donigerlawfirm.com
David Shein (SBN 230870)
david@donigerlawfirm.com
DONIGER / BURROUGHS
603 Rose Avenue
Venice, California 90291
Telephone: (310) 590-1820

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZELOUF WEST LTD., a California Corporation,<br><br>Plaintiff,<br><br>v.<br><br>SHORELINE WEAR, INC., et al.,<br><br>Defendants. | Case No.: CV-16-04689 RGK (AGRx)<br>*Honorable R. Gary Klausner Presiding*<br><br>**[PROPOSED] ORDER ON STIPULATION TO DISMISS ACTION** |

**[PROPOSED] ORDER**:

Having reviewed the stipulation of the parties to dismiss this action with prejudice, and finding good cause thereon,

IS HEREBY ORDERED that this action be dismissed with prejudice, with each party to bear their respective costs and attorneys' fees as incurred against one another.

SO ORDERED.

Date: JUNE 6, 2017     By: _____
Hon. R. Gary Klausner
U.S. District Court Judge